UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:009CR0437CDP/AGF |
| ) | |
| LATASHA STEVENSEN, ) | |
| ) | |
| Defendant. ) | |

**JUSTIFICATION OF CORPORATE SURETY**

I, the undersigned surety, say that my company is Banker's Insurance Company which is located at 535 Jefferson Street, St. Charles, Missouri 63301. I further say that to the best of my knowledge, there are no unsecured forfeitures on bonds or unsatisfied judgments against the company in any federal or state courts.

_____
Gerald Cox, Sr., Attorney-in-Fact
314-383-6200



_____
UNITED STATES MAGISTRATE JUDGE

Signed this 12th day of November, 2009.

-1-